UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-02105-CJC-DFM | Date | January 24, 2023 |
|---|---|---|---|
| Title | Malik M. Azhar v. Experian et al | | |

PRESENT:   **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                          None Present
Deputy Clerk                                 Court Reporter

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present                                None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (REMOVAL) AS TO DEFENDANT EQUFAX INC.

    This action was removed to this Court on **November 18, 2022**. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. No response has been filed as to **Defendant Equfax Inc.** Accordingly, Plaintiff is ordered to show cause in writing on or before **January 27, 2023** why these defendants should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A response to the Complaint by **Defendant Equfax Inc**;

2. An application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure, as to all Defendants, or

3. A Notice of Voluntary Dismissal as to **Defendant Equfax Inc.**

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to respond to this Order may result in dismissal.

_____  :  _____

Initials of Deputy Clerk   rrp
